PKC:SD
F.# 2010R01683

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ APR 19 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ELEUTERIO GRANADOS HERNANDEZ,

          Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 8, U.S.C., §§
1324(a)(1)(A)(i) and
1324(a)(1)(B)(i);
T. 18, U.S.C., §§ 2
and 3551 et seq.)

MATSUMOTO, J.

POLLAK, M.J.

THE GRAND JURY CHARGES:

ALIEN SMUGGLING

In or about and between June 2009 and March 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ELEUTERIO GRANADOS HERNANDEZ, together with others, knowing that a person was an alien, did knowingly and intentionally bring and attempt to bring to the United States such person at a place other than a designated port of entry.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Eleuterio Granados Hernandez,*

Defendant.

# INDICTMENT

(T. 8, U.S.C. §§ 1324(a)(1)(A)(ii); 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(ii); T. 18, U.S.C. §§ 2423(a), 2 and 3551 *et seq*)

*A true bill.*

_____
                                                                Foreman

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                Clerk

*Bail, $* _____

_____

*Soumya Dayananda, Assistant United States Attorney, (718) 254-7996*