PKC:SD
F.# 2010R01683

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 12 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ELEUTERIO GRANADOS HERNANDEZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 11-297 (S-1)(KAM)
(T. 8, U.S.C., §§
1324(a)(1)(A)(i) and
1324(a)(1)(B)(i); T. 18,
U.S.C., §§ 1591(a)(1),
1591(b)(1), 2 and 3551
et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Sex Trafficking)

    In or about and between May 2009 and October 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ELEUTERIO GRANADOS HERNANDEZ, together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, in and affecting interstate and foreign commerce, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause Jane Doe to engage in one or more commercial sex acts, which offense was effected by such means of

force, threats of force, fraud, coercion and a combination of such means.

(Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 2 and 3551 et seq.)

## COUNT TWO
(Alien Smuggling)

In or about June 2009, within the Eastern District of New York and elsewhere, the defendant ELEUTERIO GRANADOS HERNANDEZ, together with others, knowing that Jane Doe was an alien, did knowingly and intentionally bring and attempt to bring Jane Doe to the United States at a place other than a designated port of entry.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT

__EASTERN__   District of   __NEW YORK__

THE UNITED STATES OF AMERICA

vs.

ELEUTERIO GRANADOS HERNANDEZ,

Defendant.

## S U P E R S E D I N G  I N D I C T M E N T

(T. 8, U.S.C., §§ 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); T. 18, U.S.C., §§ 1591(a)(1), 1591(b)(1), 2 and 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this_____day.
Of_____ A.D. 2011 _____

_____ Clerk

Bail, $_____

Pamela Chen, AUSA   (718) 254-7575