U.S.D.J. KIYO A. MATSUMOTO            TIME: 10:00a.m.-11:30a.m.

CRIMAINAL CAUSE FOR SENTENCING        DATE: 3/7/2014

SENTENCING: 11 CR 297 (KAM) U.S.A. VS. GRANADOS HERNANDEZ

DEFENDANT'S NAME: Eleuterio Granados Hernandez -CUSTODY

DEFENSE COUNSEL: Kenneth Paul- CJA

A.U.S.A: Doumya Dayandan        COURT REPORTER: Michelle Nardone

Deputy: Sandra Jackson

✔ CASE CALLED.        ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS

✔ SENTENCING HELD.    ✔STATEMENTS OF DEFENDANT AND COUNSEL HEARD

✔ DEFENDANT PLEA GUILTY TO COUNT(S) Single Count, Fifth Superseding Information

✔ COURT ACCEPTS THE PLEA OF GUILTY

**IMPRISONMENT:** 264 months in custody with credit for time served

**SUPERVISED RELEASE:** 5 years with Special conditions:

1. If deported, Mr. Granados-Hernandez may not re-enter the United States illegally.
2. Mr. Granados-Hernandez shall comply with the sex offender registration requirements mandated by law.
3. Defendant shall pay restitution to Jane Does #3, 11 and 12 as set forth below.
4. Defendant shall provide full financial disclosure to the United States Attorneys Office and to the United States Probation Department.

### RESTITUTION

Defendant is ordered to pay restitution in the amount of $3, 060, 135.96. Defendant shall pay restitution of $959, 142.16, to Jane Doe #3. $795, 600 to Jane Doe #11; and $1, 305, 393.80 to Jane Doe #12. The identity and address information of the victims shall be maintained by the Clerk of Court.  All restitution payments shall be paid to the Clerk of Court, 225 Cadman Plaza East, Brooklyn, NY, 11201 pro rata to the victims. Restitution is due immediately and payable at a minimum rate of at least $20 per month while in custody and upon his release, at the minimum monthly rate of 25% of income after deductions required by law. Mr. Granados-Hernandez is encouraged to participate in the Bureau of Prisons Financial Responsibility Program to pay his assessment and restitution. Restitution is joint and several with the other co-defendants: Samuel Granados-Hernandez and Antonio Lira-Robles 11CR297[[KAM].

100 Special Assessment.    3, 060, 135.96Restitution.    $0 Fine    Forfeiture $0

✔REMAINING OPEN COUNT(S) ALL OF THE UNDERLYING INDICTMENT  DISMISSED ON GOVT'S MOTION

✔ TRANSCRIPT ORDERED.                        ✔ ICE DETAINER

✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.        ☐ I.F.P. GRANTED

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY